| United States Bankruptcy Court<br>Northern District of Ohio | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**QSL of Medina, Inc** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Quaker Steak and Lube Restaurant** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**45-5638260** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one state all): |
| Street Address of Debtor (No. and Street, City and State):<br>**4094 Pearl Rd**<br>**Medina, OH 44256** | Street Address of Joint Debtor (No. and Street, City and State): |
| County of Residence or of the Principal Place of Business:<br>**Medina County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor**
Form of Organization
(Check **one** box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Chapter 15 Debtors**
Country of debtor's main interest:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Case Business
- [ ] Single Asset Real Estate as defined 11 USC § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
  Restaurant Chain

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check **one** box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee Attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliate) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(B).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | 500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **VOLUNTARY PETITION** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **QSL of Medina, Inc** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment 1** | Case Number: | Date Filed: |
| District: **Northern District of Ohio** | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commissionpursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice require by 11 U.S.C. § 342(b).

Signature of Attorney for Debtor(s) -- (Date)

### Exhibit C

Does the debtor own or have posession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this district, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be servied in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgement against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgement)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgement for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C § 362(1)).

| VOLUNTARY PETITION *(This page must be completed and filed in every case.)* | Name of Debtor(s): **QSL of Medina, Inc** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Respresentative** |
|---|---|
| I declare under penalty of perjury that the information provided in the petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C § 1511 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. _____ *(Signature of Foreign Representative)* _____ *(Printed Name of Foreign Representative)* _____ *Date* |
| *Signature of Debtor* _____ *Signature of Joint Debtor* _____ *Telephone Number* _____ *Date* | |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **/s/ Scott N. Opincar (OH# 0064027)** *Signature of Attorney for Debtor(s)* **Scott N. Opincar (OH# 0064027)** *Printed Name of Attorney for Debtor(s)* **McDonald Hopkins LLC** *Firm Name* **600 Superior Avenue East Suite 2100 Cleveland, OH 44114 Email Address: sopincar@mcdonaldhopkins.com** *Address* **216-348-5400  Fax: 216-348-5474** *Telephone Number* **11/16/2015** *Date* * In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b), and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notices of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section Official Form 19 is attached. _____ *Printed Name and title, if any, of Bankruptcy Petition Preparer* _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.) _____ *Address* _____ *Signature of Preparer* _____ *Date* Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petiton preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person, individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C.§ 110.) *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 100; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. **/s/ Greg Lippert** *Signature of Authorized Individual* **Greg Lippert** *Printed Name of Authorized Individual* **CEO & President** *Title of Authorized Individual* **11/16/2015** *Date* | |

# Attachment 1

Each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Ohio (the "Court"). A motion has been filed or shortly will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

|  | **Debtor** | **Date Filed** | **Case No.** |
|---|---|---|---|
| 1. | QSL of Medina, Inc. | Filed 11/16/15 | 15-____ |
| 2. | QSL Operations, Inc. | Filed 11/16/15 | 15-____ |
| 3. | QSL Management, Inc. | Filed 11/16/15 | 15-____ |
| 4. | Quaker Steak & Lube Franchising Corporation | Filed 11/16/15 | 15-____ |
| 5. | Quaker Steak & Wings, Inc. | Filed 11/16/15 | 15-____ |
| 6. | QSL Sauces, Inc. | Filed 11/16/15 | 15-____ |
| 7. | QSL Intellectual Properties, Inc. | Filed 11/16/15 | 15-____ |
| 8. | QSL of Buffalo, Inc. | Filed 11/16/15 | 15-____ |
| 9. | QSL of Sheffield, Inc. | Filed 11/16/15 | 15-____ |
| 10. | QSL of Plano, Inc. | Filed 11/16/15 | 15-____ |
| 11. | QSL of Warren, Inc. | Filed 11/16/15 | 15-____ |
| 12. | QSL of Independence, Ohio, Inc. | Filed 11/16/15 | 15-____ |
| 13. | QSL of Newport News, Inc. | Filed 11/16/15 | 15-____ |
| 14. | QSL of Lakewood, Inc. | Filed 11/16/15 | 15-____ |
| 15. | QSL of Harrisonburg, Inc. | Filed 11/16/15 | 15-____ |
| 16. | QSL of Concord, Inc. | Filed 11/16/15 | 15-____ |
| 17. | QSL of Carrollton, Inc. | Filed 11/16/15 | 15-____ |
| 18. | QSL of Fort Wayne, Inc. | Filed 11/16/15 | 15-____ |
| 19. | Lube Holdings, Inc. | Filed 11/16/15 | 15-____ |
| 20. | Best Wings USA, Inc. | Filed 11/16/15 | 15-____ |
| 21. | QSL of Vermillion, Inc. | Filed 11/16/15 | 15-____ |
| 22 | QSL of Wheeling, Inc. | Filed 11/16/15 | 15-____ |
| 23. | QSL of Springfield, Inc. | Filed 11/16/15 | 15-____ |
| 24. | QSL of Springfield Realty, Inc. | Filed 11/16/15 | 15-____ |
| 25. | QSL of Fredericksburg, Inc. | Filed 11/16/15 | 15-____ |
| 26. | QSL of Medina Reality, Inc. | Filed 11/16/15 | 15-____ |
| 27. | Lube Aggregator, Inc. | Filed 11/16/15 | 15-____ |

In re

QSL of Medina, Inc,
Debtor.

Chapter: 11

Case No.

# DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of QSL of Medina, Inc, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

**11/16/2015**
Date

**/s/ Greg Lippert**
Signature

**Greg Lippert**
Name

**CEO & President**
Title

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C.§§ 152 and 3571

Generated using CasefilePRO™

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re    QSL of Medina, Inc          ,           Case No. _____
            **Debtor**                            Chapter   11

# CONSOLIDATED
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Reinhart Food Services<br>226 East View Drive<br>Mount Pleasant, PA 15666 | Reinhart Food Services<br>226 East View Drive<br>Mount Pleasant, PA 15666 | TRADE DEBT | | $1,017,487.59 |
| Pioneer Commerce, LLC<br>Attn: Reza Jafari<br>P.O. Box 9091<br>Rancho Santa Fe, CA 92067 | Pioneer Commerce, LLC<br>Attn: Reza Jafari<br>P.O. Box 9091<br>Rancho Santa Fe, CA 92067 | RENT | | $257,308.48 |
| East Dallas BW, LTD Landlord<br>941 Circle in the Woods<br>McKinney, TX 75069 | East Dallas BW, LTD Landlord<br>941 Circle in the Woods<br>McKinney, TX 75069 | RENT | | $240,333.31 |
| ARCP QS Fredericksburg VA, LLC<br>Attn: Kathy Rowland<br>c/o American Reality Capital<br>2325 E. Camelback Rd., Ste 100<br>Phoenix, AZ 85016 | ARCP QS Fredericksburg VA, LLC<br>Attn: Kathy Rowland<br>c/o American Reality Capital<br>2325 E. Camelback Rd., Ste 100<br>Phoenix, AZ 85016 | RENT | | $240,000.00 |
| Tranwer, LLC<br>P.O. Box 823201<br>Philadelphia, PA 19182 | Tranwer, LLC<br>P.O. Box 823201<br>Philadelphia, PA 19182 | RENT | | $127,937.01 |
| Micromont Holdings 5 LLC<br>U.S. Restaurant Operations<br>Attn: Mike Gorham<br>8140 Walnut Hill Ln, Ste 400<br>Dallas, TX 75231 | Micromont Holdings 5 LLC<br>U.S. Restaurant Operations<br>Attn: Mike Gorham<br>8140 Walnut Hill Ln, Ste 400<br>Dallas, TX 75231 | RENT | | $109,256.00 |
| Trimark SSKemp<br>P.O. Box 536326<br>Pittsburgh, PA 15253-5905 | Trimark SSKemp<br>P.O. Box 536326<br>Pittsburgh, PA 15253-5905 | TRADE DEBT | | $105,667.00 |
| Kenneth Assessor Collector<br>P.O. Box 8046<br>McKinney, TX 75070-8046 | Kenneth Assessor Collector<br>P.O. Box 8046<br>McKinney, TX 75070-8046 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $87,473.49 |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re    QSL of Medina, Inc   ,       Case No. _____

            **Debtor**      Chapter    11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City of Fredericksburg<br>Brenda A. Wood, Treasurer<br>P.O. Box 267<br>Fredericksburg, VA 22404-0267 | City of Fredericksburg<br>Brenda A. Wood, Treasurer<br>P.O. Box 267<br>Fredericksburg, VA 22404-0267 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $80,472.21 |
| Cavaliers Operating Co., LLC<br>P.O. Box 5758<br>Cleveland, OH 44101-0758 | Cavaliers Operating Co., LLC<br>P.O. Box 5758<br>Cleveland, OH 44101-0758 | ACCOUNTS PAYABLE | | $79,700.00 |
| Culinary Co-Pack, Inc.<br>Attn: John A. Capozzoli<br>2300 N. 17th Avenue<br>Franklin Park, IL 60131 | Culinary Co-Pack, Inc.<br>Attn: John A. Capozzoli<br>2300 N. 17th Avenue<br>Franklin Park, IL 60131 | ACCOUNTS PAYABLE | | $77,303.60 |
| Campana Properties<br>c/o Lawrence Campana<br>17859 Lake Road<br>Lakewood, OH 44107 | Campana Properties<br>c/o Lawrence Campana<br>17859 Lake Road<br>Lakewood, OH 44107 | RENT | | $53,971.77 |
| Allen County Treasurer<br>1 East Main Street<br>Room 104<br>Fort Wayne, IN 46802 | Allen County Treasurer<br>1 East Main Street<br>Room 104<br>Fort Wayne, IN 46802 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $52,633.32 |
| University QS&L, LLC<br>c/o Carl Harman<br>1024 Pleasant Valley Road<br>Harrisonburg, VA 22801 | University QS&L, LLC<br>c/o Carl Harman<br>1024 Pleasant Valley Road<br>Harrisonburg, VA 22801 | RENT | | $34,037.08 |
| Noble Net Lease Partners IV, LLC<br>12832 Jefferson Newport News<br>4280 Professional Center Drive, Ste 100<br>West Palm Beach, LA 33410 | Noble Net Lease Partners IV, LLC<br>12832 Jefferson Newport News<br>4280 Professional Center Drive, Ste 100<br>West Palm Beach, LA 33410 | RENT | | $26,400.00 |
| Cabarrus County Tax Collector<br>P.O. Box 580347<br>Charlotte, NC 28258-0347 | Cabarrus County Tax Collector<br>P.O. Box 580347<br>Charlotte, NC 28258-0347 | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | $26,066.75 |
| Ohio County Development Authority<br>546 Cabella Drive<br>Triadelphia, WV 26059 | Ohio County Development Authority<br>546 Cabella Drive<br>Triadelphia, WV 26059 | RENT | | $22,909.16 |
| City of Newport News<br>Marty G. Eubank, Treasurer<br>P.O. Box 975<br>Newport News, VA 23607 | City of Newport News<br>Marty G. Eubank, Treasurer<br>P.O. Box 975<br>Newport News, VA 23607 | UTILITIES | | $19,910.27 |
| IHeartMedia Cleveland<br>98417 Collections Center Drive<br>Chicago, IL 60693 | IHeartMedia Cleveland<br>98417 Collections Center Drive<br>Chicago, IL 60693 | TRADE DEBT | | $19,635.00 |

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re   QSL of Medina, Inc  ,                 **Case No.** _____
        **Debtor**                                                 **Chapter**   11

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CA II, LLC<br>P.O. Box 643799<br>Cincinnati, OH 45264-3799 | CA II, LLC<br>P.O. Box 643799<br>Cincinnati, OH 45264-3799 | RENT | | $19,137.33 |

In re   QSL of Medina, Inc                                                    Case No._____
              **Debtor**                                                                      **(If known)**

# DECLARATION REGARDING LIST OF CREDITORS

**DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 20 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Greg Lippert, the CEO & President of the QSL of Medina, Inc named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.


Date:  11/16/2015                                                    Signature:  /s/Greg Lippert
                                                                                                  Title: CEO & President

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re:   __QSL of Medina, Inc__ ,                                       **Case No.** _____
         **Debtor**                                                **Chapter**   **11**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, the following is a list of corporations that directly or indirectly own ten percent(10%) or more of any class of the above captioned debtor's equity interests or states that there are no entities to report:

| Name and last know address or place of business of holder | Number of Shares or Securities |
|---|---|
| Lube Holdings, Inc.<br>101 Chestnut Street<br>Sharon, PA 16146 | 100% |

Generated using CasefilePRO™

In re   QSL of Medina, Inc                                    Case No._____
          **Debtor**                                               **(If known)**

# DECLARATION CONCERNING DEBTOR'S CORPORATE OWNERSHIP STATEMENT

**Corporate Ownership Statement**

I, Greg Lippert the undersigned authorized officer of QSL of Medina, Inc, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

Date:   11/16/2015                               Signature:   /s/Greg Lippert
                                                 Title: CEO & President

Generated using CasefilePRO™

# UNITED STATES BANKRUPTCY COURT

## Northern District of Ohio

In re: __QSL of Medina, Inc__ ,      Case No. _____
        **Debtor**      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

    Following is the list of the Debtor's equity security holders which is prepared in accordance with Fed. R. Bank. P. 1007(a)(3) for filing in this chapter 11 case.

| Name and last know address or place of business of holder | Security Class | Number of Shares or Securities | Kind of Interest |
|---|---|---|---|
| Lube Holdings, Inc.<br>101 Chestnut Street<br>Sharon, PA 16146 | EQUITY | 100% | Common |

In re    QSL of Medina, Inc                          Case No._____
        **Debtor**                                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S EQUITY

### Equity Holder List

I, Greg Lippert the undersigned authorized officer of QSL of Medina, Inc, named in this case as (the "Debtor"), declare under penalty that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.


Date:   11/16/2015                                    Signature:   /s/Greg Lippert
                                                                                                         Title: CEO & President