UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: )
QSL OF MEDINA, INC. ) Case No. 15-52722 (AMK)
)
) Chapter 11
Debtors )
) Judge ALAN M. KOSCHIK

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**CAMPANAPROPERTIES, INC.**
c/o Lawrence D. Campana
17859 Lake Road
Lakewood, OH 44107
Phone: (440) 225-7156
Fax:    (440) 244-2693
(Temporary Chairperson)

**UNIVERSITY QUAKER STEAK & LUBE LLC.**
c/o Carl B. Harman
1024 Pleasant Valley Road
Harrisonburg, VA 22801
Phone: (540) 434-4459
Fax:    (540) 434-4209

**SANDUSKY BAY CO. LTD.**
c/o Laurence A. Bettcher
4700 Liberty Avenue
Vermilion, OH 44089
Phone: (440) 967-4423
Fax:    (216) 426-1769

Respectfully Submitted,

*/s/Daniel M. McDermott*
Daniel M. McDermott
United States Trustee
Region 9

cc:   Committee Members
      Attorney for Debtor(s)