UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| QSL of Medina, Inc., *et. al.*,[1] | ) |
| | ) Case Nos.  15-52722; 15-52726 through 15-52732; 15-52734 through 15-52735; 15-52737 through 15-52738; 15-52740 through 15-52749; 15-52751 through 15-52754 |
| Debtors. | ) (Joint Administration under Case No.  15-52722) |
| | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |
| | ) **NOTICE OF APPEARANCE AND REQUEST** |
| | ) **FOR NOTICE** |

* * * *

**PLEASE TAKE NOTICE** that Christopher W. Peer, John A. Polinko, Benjamin M. Cooke and the law firm of Wickens, Herzer, Panza, Cook & Batista Co. hereby enter their appearance as counsel for the Official Committee of Unsecured Creditors of QSL of Medina, Inc., *et al*. with regard to the above-referenced matter.  Counsel respectfully request this Court to amend its records to reflect said appearance and to forward copies of orders, notices and other pertinent papers to the undersigned at the following address:

> Christopher W. Peer, Esq.
> John A. Polinko, Esq.
> Benjamin M. Cooke, Esq.
> Wickens, Herzer, Panza, Cook and Batista Co.

---

[1] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: QSL of Medina, Inc.  (8260); QSL Operations, Inc.  (2667); QSL Management, Inc.  (1988); Quaker Steak & Lube Franchising Corporation (1589); Quaker Steak & Wings, Inc.  (7669); QSL Sauces, Inc.  (8951); QSL Intellectual Properties Corporation (9985); QSL of Buffalo, Inc.  (6439); QSL of Sheffield, Inc.  (5326); QSL of Plano, Inc.  (6701); QSL of Warren, Inc.  (3865); QSL of Independence, Ohio, Inc.  (0166); QSL of Newport News, Inc.  (3858); QSL of Lakewood, Inc.  (1575); QSL of Harrisonburg, Inc.  (4832); QSL of Concord, Inc.  (9262); QSL of Carrollton, Inc.  (7632); QSL of Fort Wayne, Inc.  (3079); Lube Holdings, Inc.  (6457); Best Wings USA, Inc.  (1339); QSL of Wheeling, Inc.  (2220); QSL of Vermillion, Inc.  (5207); QSL of Springfield, Inc.  (9745); QSL of Springfield Realty, Inc.  (9589); QSL of Fredericksburg, Inc.  (4887); QSL of Medina Reality, Inc.  (8418); and Lube Aggregator Inc. (1263).

20801-301\1342751.docx

35765 Chester Road
Avon, Ohio 44011
Telephone: (440) 695-8000
Fax: (440) 695-8098
Email: cpeer@wickenslaw.com
Jpolinko@wickenslaw.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail or otherwise (1) that affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including the Committee, with respect to: (a) QSL of Medina, Inc. or any of its affiliated debtors (collectively, the "Debtors"); (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this Notice of Appearance and Request for Service nor any later appearance, claim or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) its right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding relating to this case; (3) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or in

equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

    Respectfully submitted,

    /s/Christopher W. Peer
    Christopher W. Peer (No. 0076257)
    E-mail Cpeer@wickenslaw.com
    John A. Polinko (No. 0073967)
    E-mail JPolinko@WickensLaw.com
    Benjamin M. Cooke (No. 0084732)
    E-mail BCooke@WickensLaw.com
    WICKENS, HERZER, PANZA, COOK & BATISTA CO.
    35765 Chester Road
    Avon, OH 44011-1262
    (440) 695-8000 (Main)
    (440) 695-8098 (Fax)

    PROPOSED COUNSEL FOR THE OFFICIAL
    COMMITTEE OF UNSECURED CREDITORS OF QSL
    OF MEDINA, INC., ET AL.

## **PROOF OF SERVICE**

    This is to certify that a copy of the foregoing Notice of Appearance and Request for Notice has been sent via the Court's electronic filing system, on this 9th day of December, 2015, to:

| | |
|---|---|
| QSL of Medina, Inc.<br>4094 Pearl Road<br>Medina, OH 44256-7646 | Daniel M. McDermott, Bankruptcy Trustee<br>Howard M. Metzenbaum Federal<br>Courthouse<br>201 Superior Ave. E. Suite 441<br>Cleveland, OH 44114 |
| Michael J. Kaczka, Esq.<br>Scott N. Opincar, Esq.<br>McDonald Hopkins LLC<br>2100 Bank One Center<br>600 Superior Avenue, East<br>Cleveland, OH 44114-2653 | Office of the United States Trustee<br>Derrick V. Rippy, Esq.<br>H.M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue, Suite 441<br>Cleveland, OH 44114-1240 |

and via U.S. mail, postage prepaid, to the parties listed on the Mailing Matrix.

               /s/Christopher W. Peer
               Christopher W. Peer
               John A. Polinko
               Benjamin M. Cooke