**EXHIBIT A**

18

**This document was signed electronically on December 30, 2015, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: December 30, 2015**



*Alan M. Koschik*

**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| QSL of Medina, Inc., *et. al.*,[1] | ) |
| | ) Case Nos. 15-52722; 15-52726 through 15-52732; 15-52734 through 15-52735; 15-52737 through 15-52738; 15-52740 through 15-52749; 15-52751 through 15-52754 |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtors. | ) (Joint Administration under Case No. 15-52722) |
| | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

---

[1] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: QSL of Medina, Inc. (8260); QSL Operations, Inc. (2667); QSL Management, Inc. (1988); Quaker Steak & Lube Franchising Corporation (1589); Quaker Steak & Wings, Inc. (7669); QSL Sauces, Inc. (8951); QSL Intellectual Properties Corporation (9985); QSL of Buffalo, Inc. (6439); QSL of Sheffield, Inc. (5326); QSL of Plano, Inc. (6701); QSL of Warren, Inc. (3865); QSL of Independence, Ohio, Inc. (0166); QSL of Newport News, Inc. (3858); QSL of Lakewood, Inc. (1575); QSL of Harrisonburg, Inc. (4832); QSL of Concord, Inc. (9262); QSL of Carrollton, Inc. (7632); QSL of Fort Wayne, Inc. (3079); Lube Holdings, Inc. (6457); Best Wings USA, Inc. (1339); QSL of Wheeling, Inc. (2220); QSL of Vermillion, Inc. (5207); QSL of Springfield, Inc. (9745); QSL of Springfield Realty, Inc. (9589); QSL of Fredericksburg, Inc. (4887); QSL of Medina Reality, Inc. (8418); and Lube Aggregator Inc. (1263).

**ORDER AUTHORIZING APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY BDO USA, LLP AS FINANCIAL ADVISORS TO THE COMMITTEE, NUNC PRO TUNC TO DECEMBER 8, 2015.**

This matter coming before the Court on the *Application of Official Committee of Unsecured Creditors to Employ BDO USA as Financial Advisors to the Committee, Nunc Pro Tunc to December 8, 2015* (the "Application"), Docket No. 98, filed by the Official Committee of Unsecured Creditors of QSL of Medina, *et al.* (the "Committee"). The Court having reviewed the Application and considered the Verified Statement attached thereto as Exhibit A; the Court being satisfied that BDO is a "disinterested person" as such term is defined under 11 U.S.C. § 101(14), as modified by 11 U.S.C. 1107(b); the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 157; (b) this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of the Debtors' chapter 11 cases and this Application is proper under 28 U.S.C. §§ 1408 and 1409; (d) service and notice of the Application was sufficient under the circumstances; and (e) the legal and factual bases set forth in the Application establish just cause for the relief granted herein.

**IT IS HEREBY ORDERED THAT:**

1.  The Application shall be, and hereby is, GRANTED.

2.  The Committee is authorized to retain and employ BDO as financial advisor to consult for and advise the Committee during the pendency of the Debtors' chapter 11 cases pursuant to section 1103 of the Bankruptcy Code and *nunc pro tunc* to December 8, 2015.

3.  BDO shall be compensated for services rendered to the Committee, and reimbursed for related expenses, in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and any other applicable orders of this Court.

4.     The Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

IT IS SO ORDERED.

# # #

Submitted by:

/s/ Christopher W. Peer
Christopher W. Peer (No. 0076257)
E-mail Cpeer@wickenslaw.com
John A. Polinko (No. 0073967)
E-mail JPolinko@WickensLaw.com
WICKENS, HERZER, PANZA, COOK & BATISTA CO.
35765 Chester Road
Avon, OH 44011-1262
(440) 695-8000 (Main)
(440) 695-8098 (Fax)

COUNSEL TO OFFICIAL COMMITTEE OF
UNSECURED CREDTIORS

**EXHIBIT B**

19

# BDO USA, LLP
## Fee Application Summary
### April 1 - July 31, 2016

## Time by Professional

| Name | Position with Firm | Hours | Category | Rate | Fees |
|------|--------------------|-------|----------|------|------|
| Larry Goddard | Principal | 3.6 | Consulting | 415.00 | 1,494.00 |
| Larry Goddard | Principal | 0.0 | Travel | 207.50 | - |
| Mark D. Kozel | Director | 148.6 | Consulting | 350.00 | 52,010.00 |
| Mark D. Kozel | Director | 5.0 | Travel | 175.00 | 875.00 |
| Total | | 157.2 | | | 54,379.00 |

Blended Hourly Rate               345.92

## Compensation by Category

| Project Category | Total Hours | Average Hourly Rate | Total Fees |
|------------------|-------------|---------------------|------------|
| Claims Review | 15.0 | 350.00 | 5,250.00 |
| Committee Communications | 14.2 | 362.82 | 5,152.00 |
| Committee Oversight | 6.4 | 350.00 | 2,240.00 |
| Court Hearings | 3.0 | 350.00 | 1,050.00 |
| D&O Investigation | 5.4 | 350.00 | 1,890.00 |
| DIP/Cash Collateral | 0.2 | 350.00 | 70.00 |
| Mediation | 12.0 | 350.00 | 4,200.00 |
| Plan of Liquidation | 6.7 | 350.00 | 2,345.00 |
| Retention/Fee Application | 28.4 | 350.00 | 9,940.00 |
| Sale Efforts | 60.9 | 350.85 | 21,367.00 |
| Travel | 5.0 | 175.00 | 875.00 |
| Total Compensation Requested | 157.2 | | 54,379.00 |

## Fee Application Totals

| | |
|--|--|
| Total Fees | 54,379.00 |
| Total Expenses | 341.73 |
| **TOTAL - All Fees & Expenses** | **54,720.73** |

**EXHIBIT C**

20

Exhibit C

# BDO USA, LLP
## Expenses Incurred
### April 1 - July 31, 2016

| Date | Category | Associate | Charge | Notes |
|------|----------|-----------|--------|-------|
| 3/17/2016 | Mileage | Larry Goddard | 35.10 | Mileage: QSL to Akron |
| 6/13/2016 | Mileage | Mark D. Kozel | 38.88 | mileage to/from Status Conference hearing |
| | *Total - Mileage* | | *73.98* | |
| 5/19/2016 | Pacer | Mark D. Kozel | 254.50 | PACER - 1Q 2016 |
| | *Total - PACER* | | *254.50* | |
| 3/22/2016 | Parking/Tolls | Larry Goddard | 6.25 | Parking for QSL court hearing - charge QSL |
| 6/13/2016 | Parking/Tolls | Mark D. Kozel | 7.00 | Parking - QSL Status Conference |
| | *Total - Parking/Tolls* | | *13.25* | |
| | **TOTAL - All Expenses** | | **341.73** | |

**EXHIBIT D**

21

In re: QSL of Medina Inc., et al
Case No. 15-52722

## BDO USA, LLP
## Invoice Detail by Category
### April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 6/13/2016 | Claims Review | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Begin review of updated filed & scheduled claims register (0.7) |
| 6/24/2016 | Claims Review | Mark D. Kozel | 2.0 | 350.00 | 700.00 | Continued review of filed and scheduled claims (2.0) |
| 6/27/2016 | Claims Review | Mark D. Kozel | 7.7 | 350.00 | 2,695.00 | Review claims for allowance, objection, basis and inclusion in waterfall (7.7) |
| 6/29/2016 | Claims Review | Mark D. Kozel | 4.4 | 350.00 | 1,540.00 | Continued work on Claims review (4.4) |
| 6/30/2016 | Claims Review | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on status of claims review (0.2) |
| | *Total - Claims Review* | | **15.0** | | **5,250.00** | |
| 4/12/2016 | Committee Communications | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review draft message to the Committee and provide suggestions to Peer (0.2) |
| 4/14/2016 | Committee Communications | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer prior to Committee call (0.2) |
| 4/14/2016 | Committee Communications | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Participate in Committee conference call (0.8) |
| 4/28/2016 | Committee Communications | Larry Goddard | 0.5 | 415.00 | 207.50 | Participate in bi-weekly committee call |
| 4/28/2016 | Committee Communications | Mark D. Kozel | 1.1 | 350.00 | 385.00 | Participate in Committee update conference call (1.1) |
| 4/28/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on response to Committee questions (0.1) |
| 4/28/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email from Peer regarding Committee member questions and responses (0.1) |
| 5/12/2016 | Committee Communications | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Prepare for Committee Conference Call (0.5) |
| 5/12/2016 | Committee Communications | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Participate in Committee call (0.4) |
| 5/12/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Committee call and member request (0.1) |
| 5/20/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review proposed Committee call agenda and comment on same (0.1) |
| 5/23/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on information for Committee member (0.1) |
| 5/24/2016 | Committee Communications | Mark D. Kozel | 1.6 | 350.00 | 560.00 | Build PDF of schedules to support estimates in Committee waterfall and forward to Peer for disseminating to the Committee (1.6) |
| 5/26/2016 | Committee Communications | Larry Goddard | 1.6 | 415.00 | 664.00 | Participate in committee call |
| 5/27/2016 | Committee Communications | Mark D. Kozel | 2.2 | 350.00 | 770.00 | Prepare (0.6) and participate in Committee conference call (1.6) Total 2.2 |
| 5/27/2016 | Committee Communications | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecons with Peer on Committee call (0.1), (0.2) – total (0.3) |
| 6/9/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Committee call and agenda (0.1) |
| 6/9/2016 | Committee Communications | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Participate in Committee Conference Call (1.2) |
| 6/20/2016 | Committee Communications | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange (5) with Peer on cash balance and discussion of same with Committee on Thursday (0.2) |
| 6/23/2016 | Committee Communications | Larry Goddard | 0.7 | 415.00 | 290.50 | Participate in committee call |
| 6/23/2016 | Committee Communications | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Prepare for (0.3) and participate in Committee Call (0.7) – Total (1.0) |
| 7/7/2016 | Committee Communications | Mark D. Kozel | 1.1 | 350.00 | 385.00 | Prepare for (0.5) and participate in Committee update call (0.6) |
| | *Total - Committee Communications* | | **14.2** | | **5,152.00** | |
| 4/8/2016 | Committee Oversight | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Conference with Goddard on purchase price adjustments and open issues (0.3) |
| 4/8/2016 | Committee Oversight | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on reformulated Committee post-closing (0.1) |
| 4/13/2016 | Committee Oversight | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Telecon with Peer on waterfall, open issues (0.7) |
| 4/13/2016 | Committee Oversight | Mark D. Kozel | 1.3 | 350.00 | 455.00 | Begin compiling Corporate information for Peer (1.3) |
| 5/2/2016 | Committee Oversight | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review modifications made to Brief in support of Mastodon fee forwarded by Peer. (0.1) |
| 5/2/2016 | Committee Oversight | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on same (0.1) |
| 5/10/2016 | Committee Oversight | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on open issues and this week's focus (0.2) |
| 5/18/2016 | Committee Oversight | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review and respond with comments on Lippert contract (0.4) |
| 5/18/2016 | Committee Oversight | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Email exchanges with Peer on Lippert call (0.3) |
| 5/19/2016 | Committee Oversight | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on this afternoon's call and tomorrow's meeting (0.2) |
| 6/13/2016 | Committee Oversight | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Lunch meeting with Chris Peer on hearing & status conference (0.5) |
| 6/13/2016 | Committee Oversight | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Meeting with Peer & Polinko following hearing to review and strategize (0.2) |

## BDO USA, LLP
### Invoice Detail by Category
April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 6/17/2016 | Committee Oversight | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Leave detailed voicemail with Peer on conversations with Lane on payment of admin expenses (0.1) |
| 6/20/2016 | Committee Oversight | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Email exchange (7) with John Lane on available cash, claims analysis and waterfall (0.3) |
| 6/22/2016 | Committee Oversight | Mark D. Kozel | 1.3 | 350.00 | 455.00 | Review and update Sale Proceeds worksheet and Sale Waterfall. Create PDF's and forward to Peer (1.3) |
| 7/27/2016 | Committee Oversight | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer on case updates (0.3) |
| | **Total - Committee Oversight** | | **6.4** | | **2,240.00** | |
| 6/13/2016 | Court Hearings | Mark D. Kozel | 1.8 | 350.00 | 630.00 | Update waterfall and prepare other materials for hearing & status conference this afternoon (1.8) |
| 6/13/2016 | Court Hearings | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Hearing before the Honorable Alan Koschik on plan exclusivity, etc. (1.2) |
| | **Total - Court Hearings** | | **3.0** | | **1,050.00** | |
| 5/10/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to email from Peer on contact with former franchisee. Review synopsis of conversation had with same (0.1) |
| 5/11/2016 | D&O Investigation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer on former franchisee, records to be retained and status of various actions brought by Debtors (0.3) |
| 5/12/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to email request for availability to meet with franchisee (0.1) |
| 5/12/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review request for document retention and additional comments by LG and CP and respond accordingly (0.1) |
| 5/20/2016 | D&O Investigation | Mark D. Kozel | 1 | 350.00 | 350.00 | Conference call with former franchisee on observations made (1.0) |
| 5/20/2016 | D&O Investigation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Conference with Peer and Polinko on thoughts relative to previous call and what items we could/should pursue (0.5) |
| 5/20/2016 | D&O Investigation | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Conference with (Peer, Polinko and Nakon on potential D&O claims and strategy (0.8) |
| 5/23/2016 | D&O Investigation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review correspondence from former franchisee (0.3) |
| 5/23/2016 | D&O Investigation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Draft email to Peer/Polinko on thoughts re: letters. Review Polinko response (0.2) |
| 5/24/2016 | D&O Investigation | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Review of Polinko's D&O investigative summary for Committee. Draft some suggestions and an alternate communication vehicle, which was later adapted (0.9) |
| 6/7/2016 | D&O Investigation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review MH document request sent by Polinko. Draft response with question. Note John's response (0.3) |
| 6/8/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review revised document request and respond with suggestion via email (0.1) |
| 6/8/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review Peer and Nakon comments to document request (0.1) |
| 6/8/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to request for information from Polinko on summary of SOFA responses on Debtor supplied financial information (0.1) |
| 6/10/2016 | D&O Investigation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review 2004 exam motion and comment on same (0.2) |
| 6/29/2016 | D&O Investigation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review revised Debtor records request. Review files available from datacoom and previous request and respond to John (0.3) |
| | **Total - D&O Investigation** | | **5.4** | | **1,890.00** | |
| 4/15/2016 | DIP/Cash Collateral | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review latest DIP Budget (0.2) |
| | **Total - DIP/Cash Collateral** | | **0.2** | | **70.00** | |
| 6/8/2016 | Mediation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review Travaglini mediation document. Review agreement. Draft thoughts and comments email to Polinko (0.5) |
| 6/8/2016 | Mediation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review John's request regarding Travaglini potential settlement on waterfall. Respond. Adjust response & resend (0.2) |

Page 2 of 8

In re: QSL of Medina Inc., et al
Case No. 15-52722

# BDO USA, LLP
## Invoice Detail by Category
### April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 6/9/2016 | Mediation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review and comment on Committee Mediation Brief (0.2) |
| 6/10/2016 | Mediation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Polinko on mediation schedule (0.1) |
| 6/14/2016 | Mediation | Mark D. Kozel | 2.8 | 350.00 | 980.00 | Review all pleadings and other pertinent documents in preparation for mediation on Thursday (2.8) |
| 6/16/2016 | Mediation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Meeting with Polinko prior to mediation (0.5) |
| 6/16/2016 | Mediation | Mark D. Kozel | 7.5 | 350.00 | 2,625.00 | Participate in Mediation session (7.5) |
| 6/29/2016 | Mediation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review 9019 motion & proposed order and respond to John (0.2) |
| *Total - Mediation* | | | 12.0 | | 4,200.00 | |
| 5/20/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Conference with Peer and Polinko on Plan of Reorganization thoughts (0.5) |
| 5/25/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Calls with Peer on Exclusivity extension and Committee call tomorrow (0.3), (0.1) total (0.4) |
| 6/2/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review Plan outline, make comments and email back to Chris/John (0.5) |
| 6/3/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review revisions to Plan outline sheet forwarded by Peer (0.2) |
| 6/3/2016 | Plan of Liquidation | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Telecon with Peer & Polinko on Plan discussions with Debtors counsel next week and scheduled status conference (0.6) |
| 6/7/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Conference call with Peer/Polinko on Plan discussions with MH (0.5) |
| 6/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review and Comment on Committee Limited Objection to Exclusivity Extension (0.4) |
| 6/10/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on mediation and limited objection to exclusivity (0.2) |
| 6/10/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Limited Objection (0.1) |
| 6/13/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Conferences prior to hearing on exclusivity extension & plan elements (0.5) |
| 6/14/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review and comment on Exclusivity Order (0.3) |
| 7/27/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Preliminary review of Disclosure Statement forwarded by Scott (0.2) |
| 7/28/2016 | Plan of Liquidation | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Review proposed Disclosure Statement (1.2) |
| 7/28/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Insert comments, suggestions into Disclosure Statement document and forward to Peer (0.5) |
| 7/28/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on Disclosure Statement overview (0.1) |
| 7/29/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on Disclosure Statement modifications (0.2) |
| 7/29/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer on Claims review (0.3) |
| *Total - Plan of Liquidation* | | | 6.7 | | 2,345.00 | |
| 4/6/2016 | Retention/Fee Application | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Continued work on March invoice/fee application materials (0.8) |
| 4/7/2016 | Retention/Fee Application | Mark D. Kozel | 1.8 | 350.00 | 630.00 | Continued work on Fee Application (1.8) |
| 4/11/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Voicemail exchange with Peer on status of March invoices & upcoming Fee Applications (0.1) |
| 4/12/2016 | Retention/Fee Application | Mark D. Kozel | 3.0 | 350.00 | 1,050.00 | Finalize March invoice and forward to Peer (3.0) |
| 4/12/2016 | Retention/Fee Application | Mark D. Kozel | 2.5 | 350.00 | 875.00 | Work on First BDO Fee Application (2.5) |
| 4/13/2016 | Retention/Fee Application | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Continued work on Fee Application (1.2) |
| 4/15/2016 | Retention/Fee Application | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Continued work on Fee Application (1.4) |
| 4/25/2016 | Retention/Fee Application | Mark D. Kozel | 1.8 | 350.00 | 630.00 | Continued work on BDO First Fee Application (1.8) |
| 4/26/2016 | Retention/Fee Application | Mark D. Kozel | 5.8 | 350.00 | 2,030.00 | Continued work on Fee Application, Affidavit and proposed order (5.8) |
| 4/27/2016 | Retention/Fee Application | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Telecon with Peer on Mastodon Fee Application and approaches, BDO fee application and related (0.4) |
| 4/27/2016 | Retention/Fee Application | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Compile PDF version of Fee Application and forward to Peer for Committee review (0.7) |
| 4/28/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on status of Fee Application revision (0.1) |

In re GSL of Medina Inc., et al
Case No. 15-52722

## BDO USA, LLP
## Invoice Detail by Category
### April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 4/28/2016 | Retention/Fee Application | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Make final revisions to Fee Application, obtain LG signoff, scan, assemble revised Fee Application & exhibits and forward to Peer (1.0) |
| 4/28/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Forward Word version of Fee Application to Peer at his request (0.1) |
| 5/10/2016 | Retention/Fee Application | Mark D. Kozel | 3.3 | 350.00 | 1,155.00 | Compile April invoice, format and forward to Peer (3.3) |
| 5/31/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review Order on Fee Application (0.1) |
| 6/10/2016 | Retention/Fee Application | Mark D. Kozel | 1.6 | 350.00 | 560.00 | Compile & submit May Fee Invoice (1.6) |
| 6/28/2016 | Retention/Fee Application | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review and respond to email from John Lane on last payment (0.3) |
| 6/28/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email on payment of latest monthly fee statement (0.1) |
| 7/6/2016 | Retention/Fee Application | Mark D. Kozel | 2.3 | 350.00 | 805.00 | Compile and produce June 2016 invoice (2.3) |
| | *Total - Retention/Fee Application* | | **28.4** | | **9,940.00** | |
| 4/1/2016 | Sale Efforts | Larry Goddard | 0.4 | 415.00 | 166.00 | Call with Chris Peer and Mark Kozel re Mastodon fees |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email from Peer on Mastodon fee and comment (0.1) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Review Mastodon Success fee calculations. Draft Committee comparison and forward to Peer. Polinko and Goddard (1.2) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on Mastodon fee calculation (0.1) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Revisit fee calculation and propose changes (0.3) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Conference call with LG and Peer on Mastodon fee, closing and the like (0.4) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 1 | 350.00 | 350.00 | Update dataroom copy for use after sale close (1.0) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Robert on closing issues (0.1) |
| 4/1/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on closing issues -- Sharon land (0.1) |
| 4/4/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Draft detailed email to John Lane requesting information specific to purchase price adjustment (0.2) |
| 4/4/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on information request (0.1) |
| 4/4/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Robert regarding status of information and purchase price mechanism (0.1) |
| 4/4/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer on purchase price mechanism and concerns on Schedule 2.6(c) of Designation Rights package (0.3) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review email request for update from Peer and respond. Telecon on same (0.2) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to John Lane & Robert on information for purchase price calculation. Review response (0.1) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange (6) with Robert on establishing a conference call to review purchase price number status (0.2) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Call with Robert & Sean on status of purchase price calculations (0.3) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer following Mastodon call to report progress made (0.2) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review 3 emails from Sean with wiring instructions for banks. Forward to Peer/Polinko for clarification/approval (0.2) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer on secured creditor wiring instructions, data for purchase price calculations and concerns on designated Rights Schedule 2.6(c) (0.3) |
| 4/5/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Forward copy of BDO analysis of Purchase Price adjustment calculations and preliminary waterfall to Mastodon for comparison to their numbers (0.3) |
| 4/6/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review email questions from Peer. Respond with recap of conversation with Mike last evening regarding sale closing (0.2) |
| 4/6/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange and telecom with Robert on purchase price adjustment calculation and timetable (0.2) |
| 4/6/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Call with Robert on status of Purchase Price adjustment data (0.4) |
| 4/7/2016 | Sale Efforts | Larry Goddard | 0.4 | 415.00 | 166.00 | Review waterfall and budget |
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review email from Robert. Create and forward Excel file of Committee's Purchase Price adjustments and waterfall per his request (0.3) |

# BDO USA, LLP
## Invoice Detail by Category
### April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|------|--------|-----------|----------|------|--------|-------|
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review draft version of Mastodon purchase p[r]ice calculation and waterfall prior to 2 PM call to discuss (0.4) |
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Conference call with Mastodon, Inglewood on purchase price calculations (1.4) |
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Call with Peer following Mastodon call (0.2) |
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Follow-up call with Peer on open issues on purchase price adjustment (0.4) |
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Call with Peer on his conversation with Christal on shack and parking lot issues (0.2) |
| 4/7/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Review purchase price comparison and insert comments, amounts estimated to be retained by the Estate, etc. and forward to Mastodon, Inglewood, and Chris Peer so everyone is on same page (0.8) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange (4)with Peer on meeting prior to call with Mastodon, Inglewood & Debtors on Purchase Price adjustment issues (0.2) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review files on Purchase Price adjustments in preparation for this morning's call (0.3) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Chris and Ben in preparation for call with Debtors on Purchase Price issues (0.2) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Call with Mastodon, McDonald Hopkins, Inglewood and Committee counsel on property issues and franchise receivables (0.7) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Telecon with Chris Peer on Mastodon call, follow-up steps and closing (0.5) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Second call with Mastodon, John Lane on Purchase Price Adjustments (0.7) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Email exchange with Sean on vehicle payoffs. Review documentation and compare to Proofs of Claim (0.4) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review of APA and review with Chris and Ben re: Gift Card Account Receivable adjustment (0.3) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review revised waterfall from Sean (0.5) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Sean on Franchise Payment Receivables (0.1) |
| 4/8/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email to John Lane on inventory details (0.1) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 3.4 | 350.00 | 1,190.00 | Review of latest Mastodon Purchase Price model. Reconcile with Committee's model. Scout deficiencies and concerns. Telecon with Peer on same. Draft email and forward analysis with detailed cover email to Peer (3.4) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 1 | 350.00 | 350.00 | Telecon with Peer on Amendment #4 and Purchase Price (1.0) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Continue to review purchase price calculations (0.5) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Conference call with Peer, Christal, Robert on Amendment #4 and purchase price elements (0.9) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Follow-up telecon with Peer on conversation with Lane (0.1) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Telecon with John Lane on Purchase price elements (0.6) |
| 4/9/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Make modifications to BDO Purchase Price model and Mastodon model with notes. Draft cover email to Peer with those files and explanation of conversation with lane (0.8) |
| 4/10/2016 | Sale Efforts | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Email exchange (37) on sale proceeds and Amendment 4 to the APA status. Work to get Debtors the updated Sale Purchase Price calculations and explanations (1.4) |
| 4/10/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on Amendment #4 and open issues with Robert & Christal (0.2) |
| 4/10/2016 | Sale Efforts | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Email exchange (17) with Peer, Robert, Christal on need for conference call and remaining issues (0.6) |
| 4/11/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on updates to sale proceeds and waterfall models (0.1) |
| 4/11/2016 | Sale Efforts | Mark D. Kozel | 5.9 | 350.00 | 2,065.00 | Work on updates to sale proceeds including notes for committee and projected waterfall analysis. Forward to Peer for review at our 4PM call (5.9) |
| 4/11/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Telecon with Peer on sale proceeds and waterfall models and committee call on Thursday (0.4) |
| 4/12/2016 | Sale Efforts | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Complete revisions to Purchase Price calculation and waterfall. Forward to Peer for review (0.7) |
| 4/13/2016 | Sale Efforts | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Review flow of funds spreadsheet V17 from debtors (0.9) |

In re: CSL of Medina Inc., et al
Case No. 15-52722

**BDO USA, LLP**
**Invoice Detail by Category**
April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|------|--------|-----------|----------|------|--------|-------|
| 4/13/2016 | Sale Efforts | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Telecon with Peer on Mastodon purchase price (0.6) |
| 4/13/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Telecon with Peer on open issues (0.4) |
| 4/13/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to Lane on cash at closing (0.1) |
| 4/13/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review responsive email from Lane (0.1) |
| 4/14/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Review 4th APA Amendment as revised (0.8) |
| 4/14/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review Newport News Assessment (0.1) |
| 4/14/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Emails (2) to Peer on 4th amendment issues (0.2), (0.3) total (0.5) |
| 4/14/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review TA comments on 4th Amendment & respond to Peer (0.4) |
| 4/14/2016 | Sale Efforts | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Telecons (3) with Peer on 4th amendment, funds flow, closing and related issues (0.2), (0.2), (0.2) total (0.6) |
| 4/14/2016 | Sale Efforts | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Conference call with Debtors, Mastodon and Committee professionals on 4th amendment and changes needed to be made and revised closing statement (1.2) |
| 4/15/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on status of closing (0.2) |
| 4/15/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email and voicemail from Peer on discussions with TA on Franchise receivable (0.1) |
| 4/15/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange (5) with Robert on GUC. Forward BDO GUC Claims Analysis (0.2) |
| 4/15/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Robert on Bosselman and Wasco claims (0.1) |
| 4/15/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on closing delayed (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review draft of revised 4th amendment to APA for changes (0.4) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on 4th amendment and waterfall whereabouts (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on status of Waterfall from Robert (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to Robert on status of purchase price calculations based on latest Amendment Review response (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on status of Flow of Funds memorandum from Robert (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange with Robert and Christal on status of changes to 4th amendment and corresponding flow of funds memorandum (0.2) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Review flow of funds worksheet from Robert and compare to previous versions and latest version of Amendment #4 (0.6) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on latest flow of funds worksheet (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Debtors' current cash balance (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with John Lane on current cash balance (0.1) |
| 4/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on results of call with Lane (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review 4th amendment to APA, version 3 (0.3) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on latest revision to 4th amendment (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Review updated A/R Analysis and Franchise A/R Aging reports and compare to previous models and amounts (0.6) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on recent emails and information on purchase price adjustments (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Review latest purchase price calculations by Mastodon. Draft detailed email to Robert with specific questions on various amounts and changes from last (1.4) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Conference call with Peer, Sean Christal on changes made (0.3) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on conversation with Robert and information obtained to clarify latest purchase price calculations (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review further changes to Amendment #4 (0.3) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on changes to Amendment #4 (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email from TA's counsel regarding changes in latest amendment draft (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on TA's comments (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Mastodon request for conference call (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Participate in conference call on sale closing issues (0.3) |

## BDO USA, LLP
## Invoice Detail by Category
### April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on need for additional information (0.1) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review drafts and proposed changes to Escrow worksheet. Compare to latest waterfall models (0.5) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Participate in second conference call on closing issues (0.5) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review settlement statement revisions as proposed (0.3) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review email exchange regarding signoffs on Amendment #4 (0.2) |
| 4/19/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review email exchange regarding Escrow agreement. Review same (0.5) |
| 4/25/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Mastodon Fee Application and closing certificate (0.1) |
| 4/25/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Receive and print Mastodon Fee Application for review and confirmation of amounts cited (0.1) |
| 4/25/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email and attachment on closing cash and inventory accounting. Draft email to Christal regarding same (0.1) |
| 4/25/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange with Christal and John Lane on remaining cash, amounts, and funds in ATM's or otherwise (0.2) |
| 4/27/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review information in dataroom on TAG in preparation for conference call (0.2) |
| 4/27/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Conference call with Debtors' counsel, Committee counsel and TAG representative on status of 'orphan assets.' (0.8) |
| 4/27/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer/Polinko on TAG call and impact on creditor recoveries (0.3) |
| 4/27/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Revise analysis of Mastodon Fee Application comparison following discussion with Peer and forward (0.8) |
| 4/29/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on closing statement (0.2) |
| 4/29/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review draft support document and consider comments (0.2) |
| 5/2/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on Closing certificate (0.2) |
| 5/2/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Call with John Lane regarding cash, status of closing certificate and related (0.2) |
| 5/2/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer regarding information learned from Lane (0.1) |
| 5/2/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review various emails and attachments related to inventory adjustment and other items related to closing certificate (0.4) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Review Verification of Final Purchase Price and understand how numbers were derived. Create comparison entry in BDO Purchase Price calculation worksheet. Forward comparison to Peer/Polinko (0.9) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Telecon with Chris and John on TAG offer and Verification of Purchase Price (0.4) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Draft email to John Lane on items of Committee concern on TAG offer (0.3) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to John Lane on cash and remaining with Estate (0.1) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review response from Lane and forward to Peer. Email exchange on same (0.2) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 1.5 | 350.00 | 525.00 | Review several changes to verification of final purchase price and supporting schedules. Respond to Chris with net adjustment figures (1.5) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Create PDF of purchase price comparison and adjustment and forward to Debtors' counsel at their request to support final payment from Buyer (0.3) |
| 5/3/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Email exchange and comments to same on last minute adjustments to inventory on Verification of Final Purchase Price. Analysis tomorrow (0.3) |
| 5/4/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Review inventory adjustment and reconcile new amounts due from buyer with previous worksheet. Email Peer on same. Respond to Christi's email that Committee was OK with inventory revised number and change to net funds due (0.8) |
| 5/5/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Conference call with Chris and John on conversations with Debtors' counsel and current thoughts (0.5) |
| 5/5/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review Listing of entities and other information prepared for Committee Counsel and update. Forward to Peer. Review response and respond accordingly (0.4) |
| 5/5/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email on request for Committee sale proceeds worksheet and respond (0.1) |

In re: CSL of Medina Inc., et al
Case No. 15-52722

# BDO USA, LLP
## Invoice Detail by Category
### April 1 - July 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 5/5/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Extract pertinent Sale Proceeds analysis, ensure all formulas are working, and forward to Debtors' counsel with copies to Committee counsel (0.3) |
| 5/5/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Call to Peer on sale proceeds analysis sent to Debtors' counsel at their request (0.2) |
| 5/6/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review TA notice of abandonment of records. Brief discussion with LG on same (0.2) |
| 5/10/2016 | Sale Efforts | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Update Sale Proceeds chart and Waterfall and forward to Peer for Committee Call on Thursday (0.5) |
| 5/11/2016 | Sale Efforts | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Revise waterfall and distribute to Committee & professionals (0.3) |
| 5/11/2016 | Sale Efforts | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review TA's letter concerning records to be destroyed. Draft emails to Polinko on records that should be kept (0.4) |
| 5/12/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review recently received TAG proposal (0.2) |
| 5/18/2016 | Sale Efforts | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Respond to Polinko email on gift card receivables (0.2) |
| 5/18/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to Lane on status of TA response to Verification document. Pass along response to Peer (0.1) |
| 5/19/2016 | Sale Efforts | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Conference call with Debtor's counsel, Lane, Peer & Polinko on Austintown amounts due and Lippert contract (0.8) |
| 5/31/2016 | Sale Efforts | Mark D. Kozel | 1.8 | 350.00 | 630.00 | Review docket. Download & review recent filings on lease rejections and other matters. Compare with schedules in Waterfall model for updates (1.8) |
| 6/9/2016 | Sale Efforts | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review response from Lane on Challenge Statement. Respond with further request for information and review response (0.1) |
| *Total - Sale Efforts* | | | *60.9* | | *21,367.00* | |
| 5/20/2016 | Travel | Mark D. Kozel | 2 | 175.00 | 350.00 | Travel to/from meeting at Wickens Herzer (2.0) |
| 6/13/2016 | Travel | Mark D. Kozel | 2.0 | 175.00 | 350.00 | Travel to/from hearing (2.0) |
| 6/16/2016 | Travel | Mark D. Kozel | 1.0 | 175.00 | 175.00 | Travel to/from mediation (1.0) |
| *Total - Travel* | | | *5* | | *875.00* | |
| **TOTAL - All Categories** | | | **157.2** | | **54,379.00** | |

**EXHIBIT E**

22

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| QSL of Medina, Inc., *et. al.*,[3] | ) |
| | ) Case Nos. 15-52722; 15-52726 |
| | ) through 15-52732; 15-52734 through |
| | ) 15-52735; 15-52737 through 15- |
| | ) 52738; 15-52740 through 15-52749; |
| | ) 15-52751 through 15-52754 |
| | ) |
| Debtors. | ) (Joint Administration under Case No. |
| | ) 15-52722) |
| | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

## CERTIFICATION OF SECOND INTERIM APPLICATION OF BDO USA, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM APRIL 1, 2016 THROUGH JULY 31, 2016

I, Laurence V. Goddard, Principal and Partner of the financial advisory firm BDO USA, LLP ("BDO"), hereby certify that I have read the foregoing Second Interim Application of BDO USA, LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Committee of Unsecured Creditors (the "Committee") for the period from April 1, 2016 through July 31, 2016. To the best of my

---

2.     [3] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: Wings of Medina Liquidation, Inc. (8260); Wings Operations Liquidation, Inc. (2667); Wings Management Liquidation, Inc. (1988); Wings Franchising Liquidation Corporation (1589); Steak & Wings Liquidation, Inc. (7669); Wings Sauces Liquidation, Inc. (8951); Wings Intellectual Properties Liquidation Corporation (9985); Wings of Buffalo Liquidation, Inc. (6439); Wings of Sheffield Liquidation, Inc. (5326); Wings of Plano Liquidation, Inc. (6701); Wings of Warren Liquidation, Inc. (3865); Wings of Independence Liquidation, Inc. (0166); Wings of Newport News Liquidation, Inc. (3858); Wings of Lakewood Liquidation, Inc. (1575); Wings of Harrisonburg Liquidation, Inc. (4832); Wings of Concord Liquidation, Inc. (9262); Wings of Carrollton Liquidation, Inc. (7632); Wings of Fort Wayne Liquidation, Inc. (3079); Wings Holdings Liquidation, Inc. (6457); Best Wings Liquidation, Inc. (1339); Wings of Wheeling Liquidation, Inc. (2220); Wings of Vermillion Liquidation, Inc. (5207); Wings of Springfield Liquidation, Inc. (9745); Wings of Springfield Realty Liquidation, Inc. (9589); Wings of Fredericksburg Liquidation, Inc. (4887); Wings of Medina Realty Liquidation, Inc. (8418); and Wings Aggregator, Inc. (1263).

23

knowledge, information and belief formed after reasonable inquiry, the compensation and expense reimbursement sought by such fee application conforms with the Guidelines for Compensation and Expense Reimbursement of Professionals promulgated by Bankruptcy Court for the Northern District of Ohio, and the compensation requested is billed at rates in accordance with practices no less favorable to the Debtors and Debtors' estates than those customarily employed by BDO generally.

Moreover, no person who is a member or associate of BDO is a relative of any judge of this Court or the United States Trustee in the region in which this case is pending, nor are they or have they been connected with any judge of this Court or such United States Trustee so as to render the employment of BDO improper as set forth in Rule 5002 of the Federal Rules of Bankruptcy Procedure.

Dated: September 8, 2016

Laurence V. Goddard
Principal
BDO USA, LLP
32125 Solon Road
Solon, Ohio 44139
Telephone:   440/394-6150
Facsimile:    440/248-0841

24

**EXHIBIT F**

25

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Wings of Medina Liquidation, Inc., *et. al.*,[4] | ) |
| | ) Case Nos. 15-52722; 15-52726 |
| | ) through 15-52732; 15-52734 through |
| | ) 15-52735; 15-52737 through 15- |
| | ) 52738; 15-52740 through 15-52749; |
| | ) 15-52751 through 15-52754 |
| | ) |
| Debtors. | ) (Joint Administration under Case No. |
| | ) 15-52722) |
| | ) |
| | ) Hon. Judge Alan M. Koschik |
| | ) |

## ORDER APPROVING SECOND APPLICATION OF BDO USA, LLP FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD APRIL 1, 2016 THROUGH JULY 31, 2016

Upon (a) the Application of BDO USA, LLP ("BDO"), Financial Advisor for the Official Committee of Unsecured Creditors (the "Committee"), for an Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Expenses Incurred in providing financial advisor services for the Committee for the period of April 1, 2016 through July 31, 2016, [Docket _____] (the "Application"), and the Court having considered the Application, the Court finds that: (i) it has jurisdiction over the matters

---

[4] The Debtors and the last four digits of the Debtors' United States Tax Identification Number following in parentheses are: Wings of Medina Liquidation, Inc. (8260); Wings Operations Liquidation, Inc. (2667); Wings Management Liquidation, Inc. (1988); Wings Franchising Liquidation Corporation (1589); Steak & Wings Liquidation, Inc. (7669); Wings Sauces Liquidation, Inc. (8951); Wings Intellectual Properties Liquidation Corporation (9985); Wings of Buffalo Liquidation, Inc. (6439); Wings of Sheffield Liquidation, Inc. (5326); Wings of Plano Liquidation, Inc. (6701); Wings of Warren Liquidation, Inc. (3865); Wings of Independence Liquidation, Inc. (0166); Wings of Newport News Liquidation, Inc. (3858); Wings of Lakewood Liquidation, Inc. (1575); Wings of Harrisonburg Liquidation, Inc. (4832); Wings of Concord Liquidation, Inc. (9262); Wings of Carrollton Liquidation, Inc. (7632); Wings of Fort Wayne Liquidation, Inc. (3079); Wings Holdings Liquidation, Inc. (6457); Best Wings Liquidation, Inc. (1339); Wings of Wheeling Liquidation, Inc. (2220); Wings of Vermillion Liquidation, Inc. (5207); Wings of Springfield Liquidation, Inc. (9745); Wings of Springfield Realty Liquidation, Inc. (9589); Wings of Fredericksburg Liquidation, Inc. (4887); Wings of Medina Realty Liquidation, Inc. (8418); and Wings Aggregator, Inc. (1263).

raised in the Application under 28 U.S.C. §§ 157 and 1334; (ii) venue of this matter is proper under 28 U.S.C. §§ 1408 and 1409; (iii) this matter is a core proceeding under 28 U.S.C.§ 157(b)(2) and the Court has the constitutional authority to enter a final order on the Application; (iv) the fees sought in the Application represent reasonable compensation for actual and necessary services rendered by BDO pursuant to 11 U.S.C.§330(a), and represent a reasonable amount of fees in light of hourly market rate for similar services charged by investment banking and financial advisory firms in other cases; (v) the expenses sought in the Application are actual and necessary expenses for which BDO seeks reimbursement, pursuant to 11 U.S.C. §330(a); (vi) adequate and proper notice of the Application and the hearing regarding the same was given and no other or further notice is necessary; and (vii) and after due deliberation thereon; good and sufficient legal and factual cause exists for the granting of the relief requested in the Application as set forth therein,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED and APPROVED.

2.      Capitalized terms not defined herein shall have the meaning as defined in the Application.

3.      Compensation for BDO's services and expense reimbursement for the period of April 1, 2016, through and including July 31, 2016, are hereby approved and allowed on an interim basis, as set forth in the following amounts: (a) fees: $54,379.00; and (b) expenses: $341.73 respectively.

4.     The Debtors are hereby authorized and directed to pay the total amount of $10,875.80 to BDO, which represents the fee amounts held back pursuant to the Interim Compensation Order [Docket 108].

Submitted by:

/s/ Christopher W. Peer
Christopher W. Peer (No. 0076257)
Email cpeer@wickenslaw.com
John A. Polinko (No. 0073967)
Email jpolinko@wickenslaw.com
WICKENS, HERZER, PANZA,
COOK & BATISTA CO.
35765 Chester Rd.
Avon, OH 44011-1262
(440) 695-8000 (Main)
(440) 695-8098 (Fax)