**EXHIBIT D**

15-52722-amk    Doc 498-4    FILED 01/31/17    ENTERED 01/31/17 14:17:45    Page 1 of 7

**BDO USA, LLP**
**Invoice Detail by Project Category**
August 1, 2016 - December 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 8/1/2016 | Claims Review | Mark D. Kozel | 3.3 | 350.00 | 1,155.00 | Continue work on claims review and reconciliation with previous claims review files (3.3) |
| 8/2/2016 | Claims Review | Mark D. Kozel | 6.0 | 350.00 | 2,100.00 | Continued work on claims review, Create supplemental analysis of State of Ohio tax claims (6.0) |
| 8/3/2016 | Claims Review | Mark D. Kozel | 3.4 | 350.00 | 1,190.00 | Continued work on claims review (3.4) |
| 10/12/2016 | Claims Review | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review motion filed to allow late filed claim. Review current claims database and creditor list. Draft note to Peer on lack of exhibits as referenced in pleading (0.3) |
| 10/13/2016 | Claims Review | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review exhibits to Shine Motion to permit late filing of Proof of Claim which were not attached to filed Motion (0.54) |
| 10/21/2016 | Claims Review | Mark D. Kozel | 3.4 | 350.00 | 1,190.00 | Review 61 filed Proofs of Claim of Scott's, as well as proof of Claim of landlord Tranwer. Draft detailed report to Peer/Polinko for use in conversations with attorney Fustine (3.4) Review claims filed by Wells Fargo Equipment Finance. Draft email to Peer/Polinko with analysis (0.6) |
| 10/25/2016 | Claims Review | Mark D. Kozel | 0.6 | 350.00 | 210.00 |  |
| 10/25/2016 | Claims Review | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on Wells Fargo claims (0.2) |
| 10/25/2016 | Claims Review | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange with John Lane on possible payment of Wells Fargo Equipment Finance claim (#111) – (0.2) |
| 11/7/2016 | Claims Review | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange on claims review meeting (0.1) |
| 11/10/2016 | Claims Review | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email Michael requesting updated claims file from KCC (0.1) |
| 11/10/2016 | Claims Review | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review updated file. Flag for further review (0.1) |
| 11/11/2016 | Claims Review | Mark D. Kozel | 7.0 | 350.00 | 2,450.00 | Claims review with updated listing for Omnibus Claims Objections (7.0) |
| 11/22/2016 | Claims Review | Mark D. Kozel | 2.3 | 350.00 | 805.00 | Continued work on Claims register exam and update (2.3) |
| 12/7/2016 | Claims Review | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review waterfall if Bosselman settles. Email exchange with Peer on same (0.2) |
| 12/27/2016 | Claims Review | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Note purchase of various claims. Respond to Scott with statement on following Bankruptcy Rules. Review response (0.2) |
| | Total - Claims Review | | 27.9 | | 9,765.00 | |
| 8/4/2016 | Committee Communications | Mark D. Kozel | 1.3 | 350.00 | 455.00 | Build new estimated payout analysis based on updates on TA settlement, new claims, etc. (1.3) |
| 8/8/2016 | Committee Communications | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Review and issue revised waterfall and full analysis package for Peer review and comment (1.0) |
| 8/10/2016 | Committee Communications | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review Lippert Engagement Agreement and assemble other materials in preparation for Committee call (0.5) |
| 8/10/2016 | Committee Communications | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Participate in Committee Conference Call (1.0) |
| 8/10/2016 | Committee Communications | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Follow-up call with Peer following Committee call (0.2) |
| 8/25/2016 | Committee Communications | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Update revised waterfall. Issue to Committee with email overview (0.3) |
| 8/25/2016 | Committee Communications | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Prepare for and participate in Committee Conference Call (0.7) |
| 8/30/2016 | Committee Communications | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Review response from Lane on Plur invoices and respond (0.2) |
| 9/8/2016 | Committee Communications | Larry Goddard | 0.4 | 415.00 | 166.00 | Participate in committee call |
| 9/20/2016 | Committee Communications | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Validate Joll claims settled and adjust database and waterfall accordingly. Forward Peer a "before and after" snapshot of adjustment for the Committee's review on Thursday's call (0.4) |
| 9/22/2016 | Committee Communications | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Prepare for Committee conference call (0.3) |
| 9/22/2016 | Committee Communications | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Committee conference call (0.5) |
| 10/13/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Prepare for Committee call (0.1) |
| 10/13/2016 | Committee Communications | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Participate in Committee Call (0.4) |
| 10/13/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Carl Harman (0.1) |
| 11/7/2016 | Committee Communications | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on Waterfall for Committee call on Thursday (0.1) |
| 11/7/2016 | Committee Communications | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Update Waterfall to include 3rd scenario for settlement of Bosselman and Waco at 50% of claimed amount. Create PDF and forward to Peer (0.5) |
| 11/10/2016 | Committee Communications | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Participate in Committee Conference Call (0.7) |
| 12/5/2016 | Committee Communications | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review and comment on agenda for this week's Committee call (0.2) |

# BDO USA, LLP
## Invoice Detail by Project Category
### August 1, 2016 - December 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 12/7/2016 | Committee Communications | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Prepare for and participate in Committee Call (0.8) |
| 12/31/2016 | Committee Communications | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Respond to Ogg request for Waterfall (0.2) |
| | Total - Committee Communications | | 10.6 | | 3,736.00 | |
| 9/13/2016 | Committee Oversight | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review Lippert employment request. Email exchange with Peer on same (0.2) |
| 12/9/2016 | Committee Oversight | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review Lippert invoices and respond with approval (0.2) |
| | Total - Committee Oversight | | 0.4 | | 140.00 | |
| 10/4/2016 | Court Hearings | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Participate telephonically in Fee Application Hearing (0.3) |
| 11/1/2016 | Court Hearings | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Hearing before the Honorable Alan Koschik on Disclosure Statement (1.0) |
| 12/13/2016 | Court Hearings | Mark D. Kozel | 1 | 350.00 | 350.00 | Attend Confirmation hearing (1.0) |
| | Total - Court Hearings | | 2.3 | | 805.00 | |
| 8/8/2016 | D&O Investigation | Mark D. Kozel | 4.0 | 350.00 | 1,400.00 | Begin review of materials forwarded by Polinko from Joll (4.0) |
| 8/29/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to Polinko on getting additional QSL data (0.1) |
| 9/12/2016 | D&O Investigation | Mark D. Kozel | 2.6 | 350.00 | 910.00 | Meeting with Peer, Polinko and Nakon on Joll 2004 exam and D&O causes of action (2.6) |
| 9/12/2016 | D&O Investigation | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Lunch meeting with Peer and Polinko on Joll, D&O examination and related (1.4) |
| 9/12/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Forward Joll 2004 purchase documents to Wickens Herzer (0.1) |
| 9/13/2016 | D&O Investigation | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Email exchanges with John Lane on gift card program, revenue and liability recognition and changes through the years. Forward as necessary to Peer/Polinko with cover email (0.7) |
| 9/15/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Polinko on 2004 exam tomorrow (0.1) |
| 9/15/2016 | D&O Investigation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review outline of questioning for 2004 exam (0.2) |
| 9/16/2016 | D&O Investigation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Meeting with Polinko/Nakon prior to Joll 2004 exam (0.3) |
| 9/16/2016 | D&O Investigation | Mark D. Kozel | 3.4 | 350.00 | 1,190.00 | Participate in Joll 2004 exam (3.4) |
| 9/20/2016 | D&O Investigation | Mark D. Kozel | 1 | 350.00 | 350.00 | Begin review of records requested from Debtors re: any potential D&O claim matters (1.0) |
| 9/21/2016 | D&O Investigation | Mark D. Kozel | 1.9 | 350.00 | 665.00 | Continued review of materials provided by Debtors for D&O investigation (1.9) |
| 9/22/2016 | D&O Investigation | Mark D. Kozel | 3.1 | 350.00 | 1,085.00 | Continued examination of Debtor supplied filed re: D&O investigation (3.1) |
| 9/23/2016 | D&O Investigation | Mark D. Kozel | 2.5 | 350.00 | 875.00 | Continued review of Debtor provided documents (2.5) |
| 9/26/2016 | D&O Investigation | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Review Committee Communication piece on D&O Investigation. Make changes/comments and forward to WHP folks for review and comment (0.9) |
| 9/26/2016 | D&O Investigation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review edits offered to D&O Communication Piece offered by Peer and respond (0.5) |
| 9/26/2016 | D&O Investigation | Mark D. Kozel | 1.8 | 350.00 | 630.00 | Continue to review Debtor supplied documents re: D&O Examination (1.8) |
| 9/28/2016 | D&O Investigation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review Litigation Memorandum on D&O Investigation and respond (0.5) |
| 10/3/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review results of Committee call re: D&O Investigation (0.1) |
| 10/7/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer/Polinko on status of D&O Investigation (0.1) |
| 10/10/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer and Polinko on call to discuss Insider Avoidance and outcome (0.1) |
| 10/11/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer and Polinko on Insider transaction discussion (0.1) |
| 10/19/2016 | D&O Investigation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Draft analysis of Insider transactions prior to bankruptcy filing. Forward to Peer and Polinko with cover email. Respond confirming conference call tomorrow (0.5) |
| 10/27/2016 | D&O Investigation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Conversation with Scott on D&O Avoidance claims (0.1) |
| | Total - D&O Investigation | | 26.1 | | 9,135.00 | |
| 12/8/2016 | Liquidating Trust | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Download Motion to Compel and print for examination (0.2) |
| 12/9/2016 | Liquidating Trust | Mark D. Kozel | 1 | 350.00 | 350.00 | Review Debtor's Motion to compel Fortune Business Solutions and related exhibits (1.0) |
| 12/19/2016 | Liquidating Trust | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on Trust task list (0.2) |

BDO USA, LLP  
Invoice Detail by Project Category  
August 1, 2016 - December 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 12/20/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email on Stockholder for Advisory Committee (0.1). |
| 12/20/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review changes to Trust Agreement (0.1) |
| 12/20/2016 | Liquidating Trust | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review list Peer forwarded on tasks for Trust (0.2) |
| 12/21/2016 | Liquidating Trust | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Prepare for telecom with Peer on Trust item list for completion (0.3) |
| 12/21/2016 | Liquidating Trust | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Telecon with Peer on items before the Creditor Trust (0.5) |
| 12/21/2016 | Liquidating Trust | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review Trust agreement. Sign, scan and forward to Peer for safekeeping until 1/1/17 (0.3) |
| 12/21/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Peer on Lane responsibilities (0.1) |
| 12/21/2016 | Liquidating Trust | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Draft email to John Lane on anticipated responsibilities working for Trust (0.2) |
| 12/21/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review and comment on Inglewood engagement agreement (0.1) |
| 12/22/2016 | Liquidating Trust | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Prepare for call with Britton-Gallagher on insurance needs (0.5) |
| 12/22/2016 | Liquidating Trust | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Britton-Gallagher on insurance for Trustee (0.3). |
| 12/22/2016 | Liquidating Trust | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review McDonald-Hopkins engagement agreement. Email exchange on same (0.5) |
| 12/27/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Note hearing today concerning Fortune Business Solutions and outcome (0.1) |
| 12/28/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on professional engagement agreements and need for Trust EIN (0.1) |
| 12/29/2016 | Liquidating Trust | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Complete insurance application, download items from PACER, and forward all with additional materials to Bruce Ball for Trustee insurance coverage (0.8) |
| 12/30/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Polinko on EIN for Trust (0.1) |
| 12/30/2016 | Liquidating Trust | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to Bruce Ball question regarding Trust for insurance carrier (0.1) |
| | Total - Liquidating Trust | | 5.8 | | 2,030.00 | |
| 11/21/2016 | Mediation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review dates for potential Bosselman mediation. Email correspondence with Peer on same (0.2) |
| 11/29/2016 | Mediation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Schedule Bosselman Mediation (0.1) |
| 12/14/2016 | Mediation | Mark D. Kozel | 1.1 | 350.00 | 385.00 | Review mediation briefs (1.1) |
| 12/15/2016 | Mediation | Mark D. Kozel | 7 | 350.00 | 2,450.00 | Participate in Mediation Session re: Bosselman (7.0) |
| 12/30/2016 | Mediation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to email and meeting request re: Bosselman (0.1) |
| 12/31/2016 | Mediation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review Bosselman response in further detail (0.2) |
| | Total - Mediation | | 8.7 | | 3,045.00 | |
| 8/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with John and Chris on their conversation with Scott & Michael vis-à-vis Disclosure Statement (0.3) |
| 8/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to John Lane on review of financials for disclosure statement (0.1) |
| 8/10/2016 | Plan of Liquidation | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Begin review of Liquidating Trust Agreement (1.0) |
| 8/11/2016 | Plan of Liquidation | Mark D. Kozel | 4.4 | 350.00 | 1,540.00 | Finish review of Trust Agreement. Edit document with recommended changes, insert comments and forward to John & Chris for review & comment (4.4) |
| 8/11/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on changes to Trust Agreement (0.2) |
| 8/11/2016 | Plan of Liquidation | Mark D. Kozel | 1.3 | 350.00 | 455.00 | Conference call with Chris & John to work through changes to Trust Agreement (1.3) |
| 8/12/2016 | Plan of Liquidation | Mark D. Kozel | 1.5 | 350.00 | 525.00 | Review revised Trust Agreement. Email exchange with John and Chris on same (1.5) |
| 8/16/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Email exchange with John Lane concerning meeting tomorrow, location, content, etc. (0.5) |
| 8/17/2016 | Plan of Liquidation | Mark D. Kozel | 1.5 | 350.00 | 525.00 | Meeting with John Lane on Disclosure Statement financial projections (1.5) |
| 8/17/2016 | Plan of Liquidation | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Begin building sources/uses report based on remaining cash and claims to be paid (1.2) |
| 8/19/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange with Peer on call with Scott & Michael on Plan and Disclosure Statement edits (0.2) |
| 8/22/2016 | Plan of Liquidation | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Review Sale Order and other documents in furtherance of Sources-Uses statement for Distributions (1.0) |
| 8/22/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review preliminary Sources-Uses analysis. Email exchange with Lane for clarification on hold-backs and other items (0.5) |

**BDO USA, LLP**
**Invoice Detail by Project Category**
August 1, 2016 - December 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 8/22/2016 | Plan of Liquidation | Mark D. Kozel | 1.1 | 350.00 | 385.00 | Continued work on Sources-Uses of Cash and confirmation of amounts utilized (1.1) |
| 8/23/2016 | Plan of Liquidation | Mark D. Kozel | 3.4 | 350.00 | 1,190.00 | Continued work on updated Waterfall & Liquidation Analysis. Exchanges with Lane on same. Review MOR's (3.4) |
| 8/23/2016 | Plan of Liquidation | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Conference call with Scott, Michael, Chris, John, John Lane on Plan, Disclosure Statement and Trust Agreement Issues (0.8) |
| 8/24/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Review stipulation & associated documents between TA and Debtors re: Holdback and True-up. Draft email to Peer/Polinko following (0.5) |
| 8/29/2016 | Plan of Liquidation | Mark D. Kozel | 1.3 | 350.00 | 455.00 | Review disclosure statement, assemble financial input numbers, draft email to John Lane with appropriate documentation and forward for his review and comment (1.3) |
| 8/29/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on Disclosure Statement (0.2) |
| 8/29/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review Lane comments on Disclosure Statement materials (0.1) |
| 8/29/2016 | Plan of Liquidation | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Draft Assumptions and Notes to Liquidation Analysis and forward to Peer/Polinko for their review and comment (1.4) |
| 8/30/2016 | Plan of Liquidation | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Update assumptions and Notes to Liquidation Analysis. (0.4) Meeting with Peer on Liquidation Analysis, Disclosure Statement notices, claims review and related (1.0) |
| 8/31/2016 | Plan of Liquidation | Mark D. Kozel | 1.0 | 350.00 | 350.00 | Update Liquidation Analysis with Peer comments and others. Review. Create PDF. Draft cover email to Scott with other materials/information for Disclosure Statement and forward (0.9) |
| 8/31/2016 | Plan of Liquidation | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Telecon with Peer and Polinko on Lease rejection claims (0.4) |
| 9/1/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Telecon with Peer and Polinko on Lease rejection claims (0.4) |
| 9/1/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review Plan of Liquidation and provide comments to Peer/Polinko (2.3) |
| 9/6/2016 | Plan of Liquidation | Mark D. Kozel | 2.3 | 350.00 | 805.00 | Conference call with John and Chris on comments to Plan of Liquidation (0.6) |
| 9/6/2016 | Plan of Liquidation | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Review Disclosure Statement for final edits (0.5) |
| 9/6/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Provide Peer with insider transaction summary from SOFA's for use in Disclosure Statement/Pan (0.2) |
| 9/6/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review Claims database and create analysis of claims objections by cause (duplication, equity, etc.) to determine feasibility of holdbacks and proposed initial distribution. Forward to Peer for comment (2.7) |
| 9/6/2016 | Plan of Liquidation | Mark D. Kozel | 2.7 | 350.00 | 945.00 | Telecon with Peer on Claims Analysis re: Initial distribution (0.2) |
| 9/7/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Draft note to John Lane re: discussion on Fortune, Reinhart, Sirna and SOFA (0.1) |
| 9/7/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Telecon with Lane on Fortune, Reinhart, et al (0.3) |
| 9/7/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review claims and calculate worksheet to determine continued feasibility of initial distribution in light of State of Ohio and IRS claims filed. Forward to Peer (0.8) |
| 9/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Telecon with Peer on analysis. (0.2) |
| 9/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Revise analysis and resent (0.4) |
| 9/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Respond to Peer email on status of Plan based on conversation yesterday with Scott (0.1) |
| 9/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Begin review of mark-up of Disclosure Statement and Plan of Liquidation for final edits (0.4) |
| 9/14/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review revised Plan and Disclosure Statement. Draft email to Peer/Polinko with comments (0.3) |
| 9/15/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Meeting with Scott and Polinko on Disclosure Statement issue and resolution of same (0.2) |
| 9/16/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review Joll 9019 motion, reference claims database, and forward approval to Peer/Polinko (0.3) |
| 9/26/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with John and Chris on "Berner" claims objection resolution, D&O investigation and Claims Objections (0.4) |
| 10/20/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review Scott's Buffalo Wings Objection to Disclosure Statement. Review Disclosure Statement for context (0.5) |
| 10/20/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Conference with John and Scott on "Berner" claim resolution and D&O Investigation (0.2) |
| 10/20/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | |

## BDO USA, LLP
## Invoice Detail by Project Category
### August 1, 2016 - December 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 10/24/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Conference call with Peer and Polinko on Disclosure Statement issues and hearing next week (0.4) |
| 10/24/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to Peer on substantive consolidation (0.1) |
| 10/26/2016 | Plan of Liquidation | Mark D. Kozel | 0.8 | 350.00 | 280.00 | Review emails on various "secured" claims. Review claims database. Review proposed amendments to Plan and DS (0.8) |
| 10/26/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Peer on changes to documents and "secured" claims (0.3) |
| 10/26/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange with Lane on items needed for Tuesday's hearing (0.2) |
| 10/27/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review revisions to Trust Agreement circulated by Scott (0.2) |
| 10/27/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review and comment on Polinko conversation with Fustine on Scott's objection (0.1) |
| 10/31/2016 | Plan of Liquidation | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Work to assemble information in advance of tomorrow's disclosure statement hearing (1.4) |
| 10/31/2016 | Plan of Liquidation | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Finalize Chapter 11 distribution analysis and claims amounts (1.2) |
| 11/1/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Meetings before the hearing with Gus Fustine, Chris Peer, John Lane (0.5) |
| 11/1/2016 | Plan of Liquidation | Mark D. Kozel | 2.2 | 350.00 | 770.00 | Revise liquidation to incorporate side-by-side comparison as requested. Amend notes and assumptions accordingly. Create PDF and circulate (2.2) |
| 11/3/2016 | Plan of Liquidation | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Review changes to Disclosure Statement. Email Peer/Polinko on same (0.4) |
| 11/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Chris Peer on Ballot Tabulation database from KCC (0.3) |
| 11/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review Committee Recommendation letter and respond to Peer via email (0.1) |
| 11/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.7 | 350.00 | 245.00 | Continued review of KCC excel spreadsheet for Vote Tabulation and compare to Claims Database (0.7) |
| 11/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.6 | 350.00 | 210.00 | Review balloting tabulation worksheets. Email exchange with Peer on same. Review and email back comments (0.6) |
| 11/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on balloting worksheet (0.2) |
| 11/29/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Work with BDO, John Lane and Lisa to reconcile payments received. Build schedule of invoices/Payments (0.5) |
| 12/1/2016 | Plan of Liquidation | Larry Goddard | 0.3 | 415.00 | 124.50 | Discuss case status and strategy with Mark Kozel |
| 12/7/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer & Polinko on conversation with MH on Bosselman and filings for Confirmation Hearing (0.2) |
| 12/8/2016 | Plan of Liquidation | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Review various versions of Memorandum of Law in Support, Lane declaration and Confirmation Order and offer suggestions to Peer/Polinko as appropriate (1.4) |
| 12/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review Waco limited objection. Email exchange with Peer/Polinko on thoughts from Committee/Liquidation Trust perspectives (0.2) |
| 12/8/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Review and respond to email from Peer on professional retainers (0.2) |
| 12/9/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review voting certification and respond via email to Michael (0.1) |
| 12/12/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Telecon with Peer on hearing tomorrow (0.2) |
| 12/12/2016 | Plan of Liquidation | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Draft email to John Lane requesting information prior to tomorrow's hearing (0.2) |
| 12/13/2016 | Plan of Liquidation | Mark D. Kozel | 0.5 | 350.00 | 175.00 | Meetings with John Lane Scott, Michael on transition issues before hearing (0.5) |
| 12/13/2016 | Plan of Liquidation | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Conference with Peer following hearing on next steps (0.1) |
| | Total - Plan of Liquidation | | 50.4 | | 17,659.50 | |
| 8/5/2016 | Retention/Fee Application | Mark D. Kozel | 1.5 | 350.00 | 525.00 | Prepare monthly invoice (1.5) |
| 8/29/2016 | Retention/Fee Application | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Telecon with Tracy Gates on balance due, application of payments and related QSL receivables issues (0.3) |
| 8/30/2016 | Retention/Fee Application | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Work with John Lane and BDO receivables on amounts paid, when and application to open invoices (0.3) |
| 8/31/2016 | Retention/Fee Application | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Work with Tracy on application of funds (0.3) |
| 9/7/2016 | Retention/Fee Application | Mark D. Kozel | 4.2 | 350.00 | 1,470.00 | Work on Second Fee Application (4.2) |
| 9/9/2016 | Retention/Fee Application | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Revise Fee Application PDF by inserting signature pages. Forward to Peer/Polinko for filing (0.3) |
| 9/9/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review email from Polinko on changes in Debtor names for footnotes. (0.1) |

**BDO USA, LLP**
**Invoice Detail by Project Category**
August 1, 2016 - December 31, 2016

| Date | Matter | Associate | Duration | Rate | Charge | Notes |
|---|---|---|---|---|---|---|
| 9/9/2016 | Retention/Fee Application | Mark D. Kozel | 0.4 | 350.00 | 140.00 | Make changes to footer notes on debtor names, remake Fee Application PDF, insert signature pages and exhibits. Forward to Peer/Polinko for filing (0.4) |
| 9/9/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to Peer email on status of August invoice (0.1) |
| 9/9/2016 | Retention/Fee Application | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Review detail from accounting on August invoice (0.3) |
| 9/12/2016 | Retention/Fee Application | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Prepare August invoice and forward to Peer for dissemination (1.2) |
| 9/28/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Review limited objection filed by UST on BDO fees (0.1) |
| 10/3/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to email from Peer on Fee Application hearing (0.1) |
| 10/3/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Respond to email from Peer on UST Reservation of Rights (0.1) |
| 10/4/2016 | Retention/Fee Application | Mark D. Kozel | 0.2 | 350.00 | 70.00 | Email exchange with Peer on participation in Fee Application Hearing (0.2) |
| 10/4/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Connect with Court to participate in Fee Application Hearing (0.1) |
| 10/4/2016 | Retention/Fee Application | Mark D. Kozel | 0.3 | 350.00 | 105.00 | Forward copy of Fee Application Order to Peer at his request. Review modifications proposed by Polinko to address UST reservation of rights and approve (0.3) |
| 10/11/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Email exchange with Peer on Monthly invoice (0.1) |
| 10/12/2016 | Retention/Fee Application | Mark D. Kozel | 1.4 | 350.00 | 490.00 | Generate September Invoice (1.4) |
| 11/7/2016 | Retention/Fee Application | Mark D. Kozel | 0.1 | 350.00 | 35.00 | Draft email to Mary Henley re: October hours for invoice (0.1) |
| 11/8/2016 | Retention/Fee Application | Mark D. Kozel | 1.2 | 350.00 | 420.00 | Prepare & forward October invoice (1.2) |
| 12/12/2016 | Retention/Fee Application | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Create November invoice and forward to Peer (0.9) |
| *Total - Retention/Fee Application* | | | *14.2* | | *4,970.00* | |
| 9/13/2016 | Sale Efforts | Mark D. Kozel | 0.9 | 350.00 | 315.00 | Review revised Global Settlement docs. Pose questions to Peer on any additional language necessary. Email exchange with Lane on many materials in warehouse. Telecon with Peer on same (0.1) – total (0.9) |
| *Total - Sale Efforts* | | | *0.9* | | *315.00* | |
| 8/17/2016 | Travel | Mark D. Kozel | 0.5 | 175.00 | 87.50 | Travel to/from meeting with John Lane (0.5) |
| 8/31/2016 | Travel | Mark D. Kozel | 1.0 | 175.00 | 175.00 | Travel to/from meeting with Peer (1.0) |
| 9/12/2016 | Travel | Mark D. Kozel | 2.0 | 175.00 | 350.00 | Travel to/from meeting with Peer/Polinko/Nakon on Jol 2004 exam (2.0) |
| 9/16/2016 | Travel | Mark D. Kozel | 5 | 175.00 | 875.00 | Drive to/from Joll 2004 exam in Pittsburgh (5.0) |
| 11/1/2016 | Travel | Mark D. Kozel | 2.4 | 175.00 | 420.00 | Travel to/from Disclosure Statement Hearing (2.4) |
| 12/13/2016 | Travel | Mark D. Kozel | 2.5 | 175.00 | 437.50 | Travel to/from hearing (2.5) |
| *Total - Travel* | | | *13.4* | | *2,345.00* | |
| **TOTAL - ALL Consulting** | | | **160.7** | | **53,945.50** | |